# IN THE SUPREME COURT OF PENNSYLVANIA
# MIDDLE DISTRICT

| | | |
|---|---|---|
| WATER GAP CAPITAL PARTNERS, LLC, | : | No. 406 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| SMITHFIELD TOWNSHIP BOARD OF | : | |
| SUPERVISORS, JOHN SHOEMAKER, | : | |
| WILLIAM BUZZARD, TERRENCE FAGAN, | : | |
| MARYANN FAGAN, NEFERETITI | : | |
| CAMPBELL, TONY GANCI, VALERIE | : | |
| GANCI, JOSEPH IUDICELLO, MARSHALL | : | |
| E. ANDERS, PATRICIA ANDERS, | : | |
| BRADLEY RINSCHLER, TERRY LYNN | : | |
| TEEL AND RICHARD OSHRIN, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.